IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIE L. CARTER, #B-06938,**

**Plaintiff,**

vs.

**DANIEL R. HECHT and**
**DAVID CHILDERS,**

**Defendants.**                                                     No. 02-CV-1015-DRH

**ORDER**

**Herndon, District Judge:**

   Before the Court is Plaintiff Willie L. Carter's Motion (Doc. 47) objecting to Magistrate Judge Frazier's Report and Recommendation (the "Report") denying his Motion for Judgment on the Pleadings (Doc. 22). Magistrate Judge Frazier issued that Report on May 22, 2005. (Doc. 22.) Under **Local Rule of the Southern District of Illinois 73.1**, the parties had ten days in which to serve and file written objections. Plaintiff objected on September 9, 2005, well beyond that ten-day period and more than three months after this Court adopted the Report. For these reasons, the Court **STRIKES** Plaintiff's "Objection No. 4." (Doc. 47.)

   **IT IS SO ORDERED**.

   Signed this 12th day of October, 2005.

                /s/   David RHerndon
                **United States District Judge**