**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**WILLIE L. CARTER,**
**#B-06938,**

        **Plaintiff,**

       **-vs-**              **No. 02-CV-1015 DRH**

**DANIEL R. HECHT and**
**DAVID CHILDERS,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came before the Court on the proposed findings of fact and conclusions of law submitted by United States Magistrate Judge Phillip J. Frazier.

      **IT IS ORDERED AND ADJUDGED** that all of plaintiff's claims against Defendant Hecht are **DISMISSED** with prejudice. Judgment is entered in favor of Defendant **DANIEL R. HECHT** and against Plaintiff **WILLIE L. CARTER.**

      **IT IS FURTHER ORDERED AND ADJUDGED** that the case against Defendant Childers is **DISMISSED** with prejudice. Judgment is entered in favor of Defendant **DAVID CHILDERS** and against Plaintiff **WILLIE L. CARTER.** -------------------------------------------------

                    **NORBERT G. JAWORSKI, CLERK**

 March 10, 2008.            BY: s/Patricia Brown
                            Deputy Clerk

APPROVED: /s/ _David R Herndon_
        **CHIEF JUDGE**
        **U.S. DISTRICT JUDGE**